UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Rozell Taylor, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

SIMM Associates, Inc.,

        Defendant.

Docket No: 1:19-cv-00581-RJD-JO

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: May 23, 2019

**FINEMAN, KREKSTEIN & HARRIS, P.C.**

By: ___/s Richard Perr___
Richard Perr, Esq.
Ten Penn Center
Philadelphia, Pennsylvania 19103
Tel: (215) 893-9300
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: ___/s Craig B. Sanders___
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 116261
*Attorneys for Plaintiff*

SO ORDERED:  s/ Raymond J. Dearie

5/30/2019